AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. |
| ) | 6:22-MJ-109-MK |
| FRANCISCO MANUEL MACIEL ) | |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT
## BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  April 13, 2021 and June 6, 2022  in the county of  Linn  in the  District of  Oregon , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252A(a)(1) and (a)(2) | Receipt of Visual Depictions of Minors Engaging in Sexually Explicit Conduct |
| 18 U.S.C. § 2252A(a)(5)(B) | Possession of Child Pornography |

This criminal complaint is based on these facts:

The attached affidavit of Special Agent Jacob McPhie, which is incorporated herein.

☑ Continued on the attached sheet.

/s/ Jacob McPhie, per rule 4.1
*Complainant's signature*

Jacob McPhie, SA FBI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at  7:55pm  a.m./p.m.

Date: June 6, 2022

*Judge's signature*

City and state:  Eugene, OR     Mustafa T. Kasubhai, United States Magistrate Judge
*Printed name and title*